

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar No. 16129
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Bianca.Pucci@usdoj.gov
*Attorneys for the United States*

FILED.

DATED: 1:34 pm, August 03, 2023

U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA AARON JAMES,<br><br>and<br><br>ZALTON BROOKS,<br><br>Defendants. | Case No. 2:23-mj-704-BNW<br><br>**COMPLAINT**<br><br>VIOLATIONS:<br><br>18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D) – Engaging in the Business of Dealing or Manufacturing Firearms Without a License<br><br>18 U.S.C. § 933(a)(1) and (b) – Trafficking Firearms<br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2) Felon in Possession of a Firearm |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

**COUNT ONE**
*Engaging in the Business of Dealing Firearms Without a License*
(18 U.S.C. §§ 922(a)(1)(A) and 924(a)(1)(D))

On or about July 11, 2023, in the State and Federal District of Nevada,

**JOSHUA AARON JAMES**,

defendant herein, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in, importing, and manufacturing firearms, all in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

### COUNT TWO
*Engaging in the Business of Dealing Firearms Without a License*
(18 U.S.C. §§ 2, 922(a)(1)(A) and 924(a)(1)(D))

On or about July 11, 2023, in the State and Federal District of Nevada,

**JOSHUA AARON JAMES** and **ZALTON BROOKS,**

defendant(s) herein, aiding and abetting one another, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully engaged in the business of dealing in, importing, and manufacturing firearms, and aided and abetted the same, all in violation of Title 18, United States Code, Sections 2, 922(a)(1)(A) and 924(a)(1)(D).

### COUNT THREE
*Trafficking Firearms*
(18 U.S.C. §§ 933(a)(1) and (b))

On or about July 11, 2023, in the State and Federal District of Nevada,

**JOSHUA AARON JAMES**,

defendant herein, knowingly transferred and disposed of firearms to another person, in or affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of said firearms by the recipient would constitute a felony, as defined in 18 U.S.C. § 932(a), all in violation of Title 18, United States Code, Section 933.

///

///

2

**COUNT FOUR**
*Trafficking Firearms*
(18 U.S.C. §§ 2, 933(a)(1) and (b))

On or about July 11, 2023, in the State and Federal District of Nevada,

**JOSHUA AARON JAMES** and **ZALTON BROOKS,**

defendant(s) herein, aiding and abetting one another, knowingly transferred and disposed of firearms to another person, in or affecting interstate or foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of said firearms by the recipient would constitute a felony, as defined in 18 U.S.C. § 932(a), and aided and abetted the same, all in violation of Title 18, United States Code, Sections 2 and 933.

**COUNT FIVE**
*Felon in Possession of a Firearm*
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about July 11, 2023, in the State and Federal District of Nevada,

**JOSHUA AARON JAMES,**

defendant herein, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: *Attempted Grand Larceny*, on or about January 27, 2020, in the Eighth Judicial District Court of Nevada, under case number C-19-345016-2; knowingly possessed twenty nine (29) firearms, to wit:

- IZHMASH (IMEZ), RIFLE, MODEL: UNKNOWN, CAL: UNKNOWN, SN: 1056917
- PRIVATELY MANUFACTURED FIREARM, RIFLE, MODEL: UNKNOWN, CAL: ZZ, SN: NONE
- DPMS INC., RIFLE, MODEL: A15, CAL: 223, SN: 30297
- PRIVATELY MANUFACTURED FIREARM, RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
- ARMALITE, RIFLE, MODEL: M15A4, CAL: 556, SN: US41610
- ARGENTINA, RIFLE, MODEL: FM FAL, CAL: 762, SN: X01383
- ROMARM/CUGIR, RIFLE, MODEL: SAR-1, CAL: 762, SN: S1-06642-99
- ESSENTIAL ARMS INC, RIFLE, MODEL: J15, CAL: 223, SN: 042799

- ROMARM/CUGIR, RIFLE, MODEL: WASR-10, CAL: 762, SN: 1-32057-2002
- TAURUS, REVOLVER, MODEL: THE JUDGE, CAL: 45/410, SN: DS232110
- PROFESSIONAL ORDNANCE, PISTOL, MODEL: CARBON 15, CAL: 556, SN: B22107
- NORINCO, RIFLE, MODEL: AK47S, CAL: 762, SN: 84S-317975
- CZ (CESKA ZBROJOVKA), PISTOL, MODEL: UNKNOWN, CAL: 32, SN: 295132
- AUTO ORDNANCE, RIFLE, MODEL: THOMPSON 1927 A-1, CAL: 45, SN: KA3159
- L.A.R. MFG, RIFLE, MODEL: GRIZZLY BIG BOAR, CAL: 50 BMG, SN: X000638
- NORINCO, RIFLE, MODEL: AK47S, CAL: 762, SN: 9300042
- MAADI COMPANY, RIFLE, MODEL: MISR, CAL: 762, SN: CM09177
- CZ (CESKA ZBROJOVKA), PISTOL, MODEL: CZ52, CAL: 762, SN: F10410
- IZHMASH (IMEZ), RIFLE, MODEL: SAIGA, CAL: 762, SN: 993166
- CZ (CESKA ZBROJOVKA), PISTOL, MODEL: UNKNOWN, CAL: 32, SN: 399115
- HECKLER AND KOCH, RIFLE, MODEL: HK91, CAL: 308, SN: A051010
- AMERICAN DERRINGER CO, DERRINGER, MODEL: M-4 ALASKAN SURVIVAL, CAL: 45/410, SN: 112406
- HECKLER AND KOCH, TYPE: RIFLE, MODEL: HK91, CAL: 308, SN: A019010
- ROHM, TYPE: DERRINGER, MODEL: DOUBLE DERRINGER, CAL: 22, SN: 28960
- HARRINGTON AND RICHARDSON, PISTOL, MODEL: UNKNOWN, CAL: UNKNOWN, SN: 28371
- DSA INC., RIFLE, MODEL: SA58, CAL: 308, SN: DS11287
- MOSIN-NAGANT, RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 9130-5249
- F.N. (FN HERSTAL), RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 32654;
- INGLIS, MK1 BOYS, RIFLE, CALIBER: .50, SN: 4T9299;

said possession being in and affecting interstate commerce and said firearms having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections §§ 922(g)(1) and 924(a)(2).

4

**COUNT SIX**
*Felon in Possession of a Firearm*
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about July 11, 2023, in the State and Federal District of Nevada,

**ZALTON BROOKS,**

defendant herein, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: *Financial Transaction Card Fraud* and *Forgery*, on or about June 24, 1994, in the Clayton County Superior Court of Georgia; and *Financial Transaction Card Theft*, on or about June 21, 1994, in the Clayton County Superior Court of Georgia; and *Theft by Receiving Stolen Property*, on or about April, 24, 1998, in the Laurens County Superior Court of Georgia; and *Habitual Violator,* on or about September 14, 1998, in the Houston County Superior Court of Georgia; and *Willful Obstruction of Law Enforcement Officers by Use of Threats of Violence* and *Habitual Violator*, on or about January 30, 2001, in the Houston County Superior Court of Georgia; and *Contempt of Court*, on or about August 21, 2003, in the Houston County Superior Court of Georgia; and *Terroristic Threats and Acts*, on or about April 23, 2009, in Houston County Superior Court of Georgia; and *Habitual Violator*, on or about June 27, 2013, in the Houston County Superior Court of Georgia; knowingly possessed a firearm, to wit:

- INGLIS, MK1 BOYS, RIFLE, CALIBER: .50, BEARING SERIAL NUMBER 4T9299;

said possession being in and affecting interstate commerce and said firearms having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections §§ 922(g)(1) and 924(a)(2).

///

1 **PROBABLE CAUSE AFFIDAVIT**

2 Your Complainant, Grant Robins, as a Special Agent with the Bureau of Alcohol,

3 Tobacco, Firearms, and Explosives (ATF), states the following as and for probable cause:

4     1.    Your Complainant is a Special Agent with the Bureau of Alcohol, Tobacco,

5 Firearms, and Explosives (ATF), a component of the United States Department of Justice,

6 and has been so employed since June of 2021. Your Complainant is currently assigned to

7 the ATF Las Vegas Group I.

8     2.    The following information contained within this criminal complaint is based

9 upon your Complainant's participation in this investigation as well as information and

10 reports provided to your Complainant by other law enforcement personnel. This statement

11 does not include all information in reference to this investigation, but rather only those facts

12 necessary to establish probable cause. All times are approximate.

13 **FACTS ESTABLISHING PROBABLE CAUSE**

14     3.    On or about July 11, 2023, Las Vegas Metropolitan Police Department

15 (LVMPD) and ATF investigators were informed by an LVMPD Confidential Informant[1]

16 (CI-1) that he/she knows of an individual trafficking firearms. CI-1 stated an individual

17 named JOSHUA JAMES, who goes by the moniker "Jay", had texted CI-1 photographs of

18 numerous firearms that "Jay" was looking to sell. "Jay" utilized (XXX) XXX-8365[2]

---

[1] CI-1 has provided information in consideration for criminal charges relating to an unrelated LVMPD investigation. The information provided to ATF by the LVMPD CI has, to date, been found to be credible and much of it has been corroborated. The CI's criminal history includes property related convictions, drug related convictions, fraud related convictions, and battery charges. During this pendency of this investigation, the CI became the subject of an investigation involving forged documents and forged law enforcement credentials unrelated to this case.

[2] The full phone number is known to the investigators.

("TT-1") to send photographs of the firearms to CI-1. CI-1 stated "Jay" obtained the firearms by breaking into a stolen safe. CI-1 also provided a physical description of "Jay."

4.  LVMPD Criminal Intelligence division searched law enforcement databases and located an individual named JOSHUA JAMES based on the information provided by CI-1. JAMES' booking photograph matched the physical description provided by CI-1.

5.  Your Complainant showed CI-1 a booking photograph of JOSHUA AARON JAMES (DOB: XX/XX/1980)[3] to CI-1 for identification purposes. CI-1 immediately confirmed the black male adult in the booking photograph was who he knows as "Jay". Thus, "Jay" was identified as JOSHUA AARON JAMES ("JAMES").

6.  According to JAMES' criminal history records, JAMES is a multi-convicted felon arising out of Nevada and Massachusetts. On or about March 9, 2021, James registered as a felon in Nevada pursuant to NRS 179C, and identified his prior convictions to include a 2020 conviction for Attempted Grand Larceny in the Eighth Judicial District Court, Nevada, and 2011 convictions for Receiving Stolen Property, Uttering a Credit Card, and B&E Building Nighttime in Massachusetts, serving 18 months for these three charges.[4] A review of public court records shows that JAMES was convicted of *Attempt Grand Larceny* on or about January 27, 2020, in the Eight Judicial District Court of Nevada under case number C-19-345016-2, and was sentenced to 12-48 months in custody.

7.  On or about July 11, 2023, the ATF and LVMPD conducted a controlled purchase operation from JAMES. The operation occurred in Las Vegas, Nevada.[5] The details of the controlled purchase were gathered through surveillance, CI debriefs, and a

---

[3] The full date of birth is known to the investigators.
[4] Investigators have not yet obtained court documentation for these charges.
[5] The full address is known to the investigators.

7

review of electronic surveillance footage. The controlled purchase was video and audio recorded. In the afternoon hours, CI-1 and a second ATF Confidential Informant[6] (CI-2) met JAMES at a predetermined meet location in Las Vegas, Nevada[7], to conduct the purchase of the firearms. During this controlled purchase operation, JAMES was observed carrying numerous firearms into an apartment and displaying the firearms to CI-2. JAMES informed the CIs he broke into a safe by drilling holes into the bottom of the safe, and stated he has another .50 caliber firearm available for sale. CI-2 ultimately purchased 28 firearms from JAMES. CI-2 paid JAMES $15,000 of prerecorded ATF funds in exchange for the firearms. The firearms purchased from JAMES are detailed below:

- *IZHMASH (IMEZ), RIFLE, MODEL: UNKNOWN, CAL: UNKNOWN, SN: 1056917
- *PRIVATELY MANUFACTURED FIREARM, RIFLE, MODEL: UNKNOWN, CAL: ZZ, SN: NONE
- *DPMS INC., RIFLE, MODEL: A15, CAL: 223, SN: 30297
- *PRIVATELY MANUFACTURED FIREARM, RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
- *ARMALITE, RIFLE, MODEL: M15A4, CAL: 556, SN: US41610
- ARGENTINA, RIFLE, MODEL: FM FAL, CAL: 762, SN: X01383
- *ROMARM/CUGIR, RIFLE, MODEL: SAR-1, CAL: 762, SN: S1-06642-99
- *ESSENTIAL ARMS INC, RIFLE, MODEL: J15, CAL: 223, SN: 042799

---

[6] This person has been working for ATF for approximately four years. The CI's information has proven reliable in the past on several investigations. The CI has a signed cooperation agreement and pled guilty to one count of Conspiracy to Make a False Statement in Acquisition of a Firearm and one count of Conspiracy to Distribute a Controlled Substance in an unrelated investigation. The CI is working for consideration of his charges. Additionally, the CI has several arrests for narcotic related offenses, driving violations, probation violations, felon in possession of firearm, and stolen property offenses. The CI was convicted in 2009 for attempt possession of a firearm by felon and in 2004 for two counts of trafficking a controlled substance.

[7] The full address is known to investigators.

- *ROMARM/CUGIR, RIFLE, MODEL:  WASR-10, CAL: 762, SN: 1-32057-2002
- *TAURUS, REVOLVER, MODEL:  THE JUDGE, CAL: 45/410, SN: DS232110
- *PROFESSIONAL ORDNANCE, PISTOL, MODEL:  CARBON 15, CAL: 556, SN: B22107
- *NORINCO, RIFLE, MODEL:  AK47S, CAL: 762, SN: 84S-317975
- *CZ (CESKA ZBROJOVKA), PISTOL, MODEL: UNKNOWN, CAL: 32, SN: 295132
- *AUTO ORDNANCE, RIFLE, MODEL:  THOMPSON 1927 A-1, CAL: 45, SN: KA3159
- *L.A.R. MFG, RIFLE, MODEL:  GRIZZLY BIG BOAR, CAL: 50 BMG, SN: X000638
- *NORINCO, RIFLE, MODEL:  AK47S, CAL: 762, SN: 9300042
- *MAADI COMPANY, RIFLE, MODEL:  MISR, CAL: 762, SN: CM09177
- *CZ (CESKA ZBROJOVKA), PISTOL, MODEL:  CZ52, CAL: 762, SN: F10410
- *IZHMASH (IMEZ), RIFLE, MODEL:  SAIGA, CAL: 762, SN: 993166
- *CZ (CESKA ZBROJOVKA), PISTOL, MODEL: UNKNOWN, CAL: 32, SN: 399115
- *HECKLER AND KOCH, RIFLE, MODEL:  HK91, CAL: 308, SN: A051010
- *AMERICAN DERRINGER CO, DERRINGER, MODEL:  M-4 ALASKAN SURVIVAL, CAL: 45/410, SN: 112406
- *HECKLER AND KOCH, TYPE: RIFLE, MODEL:  HK91, CAL: 308, SN: A019010
- *ROHM, TYPE: DERRINGER, MODEL:  DOUBLE DERRINGER, CAL: 22, SN: 28960
- HARRINGTON AND RICHARDSON, PISTOL, MODEL: UNKNOWN, CAL: UNKNOWN, SN: 28371
- DSA INC., RIFLE, MODEL:  SA58, CAL: 308, SN: DS11287
- *MOSIN-NAGANT, RIFLE, MODEL:  UNKNOWN TYPE, CAL: ZZ, SN: 9130-5249
- *F.N. (FN HERSTAL), RIFLE, MODEL:  UNKNOWN TYPE, CAL: 50, SN: 32654

8. Investigators subsequently conducted a records check of the above listed firearms. During the check, investigators learned that 25 of the 28 firearms JAMES sold to CI-2 on July 11, 2023, were reported stolen under LVMPD report number

9

1  LLV230700073227. Those firearms are indicated in the above list with an asterisk (*)
2  preceding the description.
3       9.      On July 11, 2023, in the afternoon hours, the ATF and LVMPD conducted a
4  controlled purchase operation of an Inglis, MK1 Boys, rifle, caliber: unknown, bearing serial
5  number 4T9299. The details of the controlled purchase were gathered through surveillance,
6  CI debriefs, UC reporting, and a review of electronic surveillance footage. The controlled
7  purchase was video and audio recorded. Below is a summary of the controlled purchase
8  operation:
9       a.      CI-2 had recorded phone contacts with JAMES via TT-1 regarding the
10 purchase of a .50 caliber anti-tank rifle JAMES (referred to during the first controlled
11 purchase operation earlier that day as detailed above). During the phone contacts, JAMES
12 provided a different address as a meeting location, also located in Las Vegas, Nevada[8].
13 JAMES sent CI-2 photographs of the firearm to be sold. JAMES arranged the transaction
14 with CI-2 by utilizing TT-1 as a means to communicate.
15      b.      A black male adult later identified as ZALTON BROOKS (DOB:
16 XX/XX/1965)[9], met CI-2 at the predetermined meet location. BROOKS delivered a large
17 metal case containing a firearm to CI-2. CI-2 provided BROOKS with $2,000 of
18 prerecorded ATF currency in exchange for the firearm. BROOKS took the money and
19 placed it in his left shorts pocket. Investigators conducted a records check of this firearm and
20 learned it was also a stolen firearm reported to LVMPD from the July 7th and 8th burglary,
21 as described above.

---

[8] The full address is known to the investigators.
[9] The full date of birth is known to investigators.

10

10. Investigators requested assistance identifying the African American male adult who delivered the Inglis, MK1 Boys, rifle, SN: 4T9299 during the controlled purchase operation on July 11, 2023. On July 21, 2023, Investigators received records from LVMPD's Technical Operations section, which identified a subject bearing a likeness to the person in question. According to LVMPD report number LLV230700073227, the preliminary lead identified BROOKS as a possible match.

11. On July 21, 2023, LVMPD Investigators queried BROOKS' name and discovered his address is listed as the location of the second controlled purchase. Your Complainant compared BROOKS' Nevada Driver License Photograph and recent booking photographs to images captured from ATF surveillance footage on July 11, 2023, and confirmed BROOKS' identity. Your Complainant also displayed a recent booking photograph of BROOKS and BROOKS' Nevada driver license photograph to CI-2, who also confirmed BROOKS was the male who delivered the Inglis, MK1 Boys firearm to CI-2 on July 11, 2023.

12. A Federal Firearms Licensee (FFL) database query was conducted of JAMES and BROOKS. The query resulted in JAMES and BROOKS not having, nor did they ever have, a Federal Firearms License to engage in the business of dealing firearms.

13. Your Complainant reviewed BROOKS criminal history records which show multiple felony convictions. These convictions are summarized below:

    a. *Financial Transaction Card Fraud* and *Forgery*, on or about June 24, 1994, in the Clayton County Superior Court of Georgia;

    b. *Financial Transaction Card Theft*, on or about June 21, 1994, in the Clayton County Superior Court of Georgia;

      c.    *Theft by Receiving Stolen Property*, on or about April, 24, 1998, in the Laurens County Superior Court of Georgia;

      d.    *Habitual Violator,* on or about September 14, 1998, in the Houston County Superior Court of Georgia;

      e.    *Willful Obstruction of Law Enforcement Officers by Use of Threats of Violence* and *Habitual Violator*, on or about January 30, 2001, in the Houston County Superior Court of Georgia;

      f.    *Contempt of Court*, on or about August 21, 2003, in the Houston County Superior Court of Georgia;

      g.    *Terroristic Threats and Acts*, on or about April 23, 2009, in Houston County Superior Court of Georgia;

      h.    *Habitual Violator*, on or about June 27, 2013, in the Houston County Superior Court of Georgia

14. Your Complainant has consulted with a Special Agent and interstate nexus expert from the ATF and learned that each of the firearms identified herein were manufactured outside of the State of Nevada, excluding the two Privately Manufactured Firearms (PMFs). Your Complainant spoke with the victim of the burglary who confirmed each of the stolen firearms detailed above, including the two PMFs were purchased outside the state of Nevada. Therefore, each of the firearms detailed above were shipped and transported in interstate commerce in order for them to be in JAMES' and BROOKS' possession in the state and federal district of Nevada.

///

///

## CONCLUSION

15.     Based upon the foregoing facts and information, your Complainant respectfully submits that there is probable cause to believe that JOSHUA AARON JAMES and ZALTON BROOKS committed the offenses of 18 U.S.C. § 922(a)(1)(A), *Dealing, Importing, or Manufacturing a Firearm Without a License*, 18 U.S.C. § 933(a), *Trafficking in Firearms,* and 18 U.S.C. § 922(g)(1), *Felon in Possession of a Firearm.*

_____
Special Agent Grant Robins
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 3rd day of August, 2023.

_____
HONORABLE BRENDA N. WEINKOLER
UNITED STATES MAGISTRATE JUDGE