# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:23-cr-00150-JCM-EJY |
| Plaintiff, | **Order** |
| vs. | |
| ZALTON BROOKS, | |
| Defendant. | |

Before the Court is the Government's Motion to Strike Defendant's *Pro Se* Filings (ECF Nos. 28 and 29).

Amanda S. Pellizzari, Esq. was appointed to represent Brooks on August 10, 2023. ECF No. 12.

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." Defendant may not file motions on his own behalf. *See* Local Rule IA 11-6(a).

Accordingly, the Clerk of the Court is directed to STRIKE Zalton Brooks' *pro se* filings (ECF No. 28 and 29) from the docket.

The Court also directs the government that it need not respond to any future *pro se* filings by Defendant Brooks unless this Court orders a response to a particular *pro se* filing.

DATED September 6, 2023.

_____
UNITED STATES DISTRICT JUDGE

1