# UNITED STATES DISTRICT COURT
# District OF NEVADA

UNITED STATE OF AMERICA,
  PLAINTIFF,

— VS —

ZAlTON BROOKS,
  DEFENDANT,

CASE # 2:23-CR-0150-JCM-EJY

RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
NOV 29 2023
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

### MOTION TO DISMISS All, ETC.
### MOTION PRERELEASE OF.

Comes now Zalton Brooks, pro-se in the above style motions, whereas after getting it's discovery to a liaiden person, it would show that the defendant had no knowledge of anything pretaining to this case other than being the signed owner of the apartment he rented at 5055 Jeffreys st apt. 167 of the Reno Villa's. On June 21st the defendant was struck by an R.T.C public bus and did accrue injury's wh.ch caused it's ev.ability to work at his then two emplayers the purple chandeliar and the Topez super carwash, not only does Mr. Brooks the defendant herein work daily for these owners of the business, for well over a perod of four years, they are friends

outside of the business! The defendant also wants the courts to know that for many of these years Mr. Brooks the defendant has been to Bruno Garcia owner of the Lopez Super Carwash personal home many, many times!

The defendant would also bring to the attention of this court both Ted & his wife Merrily have allowed the defendant and his so called wife Darby Dodge to live at the business, at the Purple Shoulderian Outcrops, he works for TED in a personal capacity, security, grounds keeper, inventory, mover, quality control, the removal of unwanted customers!

It's been agreed upon due to the defendants medical condition, he can not truthfully return to work for anyone, this is the problem for both of his so called employer's. The defendant per the state of Washington, whereas his spinal specialist states he is not to be employed by anyone not to work!

The defendant is an I.T. tech where as he did work for Microsoft in Redmond Washington, he also worked as an aerospace painter for Boeing!

to the fact of employers there's many skills the defendant posses, yet due to his seven hernaied dish would not go back to a signed employment.

Note the defendant has cleared his criminal history, there is nothing within his history of any type of gun charges, he's never applied for a gun within any states, has no history for at least 20 years, has changed entire life for the betterment of his life. Regretfully the two D.V upon his criminal history he is only because of his behavior with a white woman that he's stopped his life with for an extended period of time and now she is an addicted meth user and is the unfailing reason the case is upon him at all! In no way should Darby Dodge allowed the co-defendant to bring those guns into his apartment without first making the <u>owner</u> Zaiton Browns aware of said accounts, at no time did Darby call or they call me upon them placing those firearms within my apartment at 5055 Jeffreys st apt 107 Reno Villas.

My only true concern is why has Darsy Dodge, who enjoyed the apartment as my girlfriend on is the only one who has caused me to be involved, by her unconcerned nature to allow anyone to leave firearms which could have and did cause a harmfull element to our home.

This case on the real nature of facts, James has co-teased with these two white girls two align his pockets with money in which I was never apart of, noted I'm being evicted from my apartment, as a man if I had any knowledge of the $15,000 dollars James made for his firearms on sale one, then two set me up for C-I-2 and send a white man I do not know to my home as he speaks with him throwout directing him to my door, why did he not come himself what was his hurry now to get this smaller amount HE James agreed to again without my knowledge of $2,000 that he after the C-I-2 ask

JAMES AFTER I'M NOT OUTSIDE HOW HE GIVE ME THE MONEY? HOW AT ANY POINT WOULD I KNOW ABOUT A DOLLAR AMOUNT. TO ME THIS ENTIRE THING IS BULLSHIT A SET-UP BY YOUR STUPID A.T.F. AND METRO WHITE POLICE TASK FORCE TO AGAIN RENDER UNJUST ARREST AT THEIR FIRST CONTACT AND THROW OUT THE DEFENDANT IS NOT, NOR WAS NOT SEEN MADE NOTE OF, JAMES AND HIS FRIEND JEN THE OTHER WHITE GIRL WHO IS NOT SEEN ARRESTED NOR A CRIMINAL PICTURE MATCH TO FIND OUT WHO OR WHAT IS THIS GOING ON! STATED CLEARLY SHE WAS INSIDE THE APARTMENT AT THE TIME JAMES WAS SELLING GUNS OF 28 IN NUMBER, FOR AN AGREED AMOUNT OF 15,000 DOLLARS PAID TO JAMES NOT JAMES AND BROOKS, AGAIN WITHOUT MY KNOWLEDGE OF; TO WIT: THUS IT SHOULD BE CLEAR AS DEFENDANT HAS SO OPENLY SAID I HAD NOTHING TO DO WITH JAMES GUNS, DO NOT HAVE ANY IDEA WHY HE BROUGHT IT TO MY HOUSE OTHER THAN WHAT HE STATED TO ME. HE SAID BLACK MY NAME ON THE STREET IT WAS HANGING OUTSIDE HIS CAR WINDOW, THUS HE STOPPED AT MY PLACE!

Again I was at work he could have stopped at my employer to get my consent. Yet Mr. James knows a promise I made to my dieing mother in 1992 that I would never own or buy a gun. James knew I would not have allowed him to place any type firearm within my apartment! Knowing my girlfriend Darby is a white mental health stupid bitch an of great unconcern for herself or our safety. James did take it upon himself to invoke me my home and safety, due to the true nature of people did break into my apartment a number of time due to the other white girl Jen!! who is again an addicted meth user these three has caused, me the defendant undue stressfully and painfull incarceration!

7,

THE Defendant Mr. Brooks prays this court take under consideration that on the date shown June 21, 2023 He was hit by an R.T.C. public bus, an did accrue Injury's that has not been treated properly due to his speedy arrest without cause, at this times in question I was fighting eviction daily with the courts, fighting metro police at my home due to apartments calls, fighting to keep lights on and my relationship together, my home was an open nest! I'm requesting this court to grant me pre-release on the fact there-in I am not a flight risk! I am able to have gainful work and a place to stay upon release! The fact that I am a productive citizen of your state I am not a homeless problem nor thief, I do not sale guns Do not have male friend! These entire matter is because of meth addicted people that took advantage of a mans broken relationship an ruined his life,

As his action entered as pro-se attorney with his entry of appearance, motion to dismiss councel, motion to dismiss all etc, motion for pre-trial release, his note to the D.A's office of the racial over-tures of the indictment within itself, not one of these two well documented white women are arrested what is this a sweep to clean out all African American black men from causing harms to the American white innocense girls! I am more than displeased, Jen shown with James at the first sale shown, watched inside apartment with both C-I-1 and James, transaction done, allowed to drive away free what was this she was there (why) oh against her will James forced her alone right, then he get $15,000 and she's awarded nothing right yet no arrest is done on this part of your oh so hot case against a 58 year old black man who is crying out saying what are you people doing here!

As shown in my discovery JAMES had a large number of special agents on his ass through-out his hurry to only gain that 15,000 dollar, being the professional agents they are paid to be they know full well I did not have anything to do with this case, if so why was I not with JAMES to say this is firearms which in turn would have saved my apartment and possible my relationship as well! Yet being not apart of this case I had no idea, nor do I think Darby did!! I'm requesting this court and the D.A's office to please drop or dismiss Mr. Brooks Dalton of any charge, other than his owning of the unit in which Mr. James elected to choose to drop his bounty off because of his association with Mr. Brooks on other matters has caused this entire case upon Mr. Brooks, not a dime of Mr. James money was for me!
I will not even agree to being apart of this case I will agreed to tell this to the courts upon trial if necessary!

10,

I enter these motions because no-one else is going threw what I am at present, no family out here, no freedom, no money, no girlfriend, no Attorney, no dog, I truely have nothing to loose. If everyone keep saying these is the Feds, well the Fed's has got this one entirely wrong, they gave the D.A and Court some half trues, not at all my time, I have not come out here after a life time without ever owning a gun to steal, traffic, manufacture, Aid and Abed any other man for His pockets, look over my History over 70 Years clean, Dismiss this charges of Race and Hate, Release me for Health Issues of my R.T.C. Bus, Accident on June 21, 2023 great Pain R.T.C contacted me Here by letter, I hope and pray this court speedy grant His motion to Dismiss or Release, new counsel,

Respectfully submitted 18th day of November 2023

Falten B[...]

# CERTIFICATE OF SERVICE

ON THE THIS DAY IT IS SWORN UPON FEDERAL LAW OF PERJURY. THAT TO THE BEST OF MY KNOWLEDGE EVERY STATEMENT AND ACCOUNT GIVEN IS TRUE, AND HAS BEEN SERVICE BY ME ZALTEN BROOKS BY WAY OF U.S MAIL ON THE 18TH DAY OF NOVEMBER 2023

BY THE ~~PLAINTIFF~~ DEFENDANT

Zalten Brooks

NOVEMBER 18TH 2023
DATED

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA



UNITED STATES OF AMERICA,
  PLAINTIFF,

-VS-

ZALTON BROOKS,
  DEFENDANT,

CASE # 2:23-CR-0150-JCM-EJY

## ENTRY OF APPEARANCE

Comes, now Zalton Brooks, pro-se as his own counsel in the above matter. Whereas of this date the defendant has entered his motion to the courts, for the second time to dismiss his counsel granted him by the state of Nevada, Mrs. Amanda Pellizzari and her team of investigators. Has in no way made any attempts to contact two other suspects of this indictment shown. It's a racial issue that Mr. Brooks the defendant feels is a conflict of interest for his counsel at present. Please grant his entry of appearance or appoint the defendant another attorney.

Respectfully submitted this 18th day of November 2023.

Zalton Brooks

ZENON BROOKS
2910 E. MESQUITE AVE
PAHRUMP, NV 79060

RECEIVED
NOV 29 2023
U.S. MARSHALS SERV.
CLERK US DISTRICT
BY: _____

Clerk, U.S. District Court
333 Las Vegas Blvd Se, Rm-1334
Las Vegas, NV 89101

INDIGENT