UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00150-JCM-EJY |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| ZALTON BROOKS, | |
| Defendant. | |

Pending before the Court is Defendant's Motion to Dismiss Counsel. ECF No. 47. Defendant seeks to terminate his counsel arguing "communication with his … attorney has not reached any common ground." *Id.* The Court finds no fault by current counsel; however, the history of this case demonstrates a breakdown in communications and trust between Defendant and his counsel.

Accordingly, IT IS HEREBY ORDERED that the Motion to Dismiss Counsel (ECF No. 47) is GRANTED.

IT IS FURTHER ORDERED that this matter is referred to the Criminal Justice Act Panel for appointment of counsel. If new counsel has any conflicts or issues in accepting this case, they are to promptly notify this Court so a hearing can be set. New counsel is to promptly contact the Law Office of Amanda Pellizzari to make all necessary arrangements to transfer the files and information to new counsel.

Dated this 1st day of December, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE