UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ZALTON BROOKS,<br><br>  Defendant. | Case No. 2:23-cr-00150-JCM-EJY<br><br>**ORDER** |

Before the Court is Defendant's Motion to Dismiss All (ECF No. 46). Defendant is currently represented by counsel. Thus, Defendant may not file a motion *pro se*. U.S. District Court District of Nevada Local Rule IA 11-6(a). This Rule states: "once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." *Id.*; *United States v. Anderson*, Case No. 2:16-CR-0305-KJD-VCF, 2020 WL 2308087, at \*1 (D. Nev. May 8, 2020). Defendant is advised that the Court has granted his Motion seeking appointment of new counsel who may, upon consultation with Defendant, refile his Motion.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss All (ECF No. 46) is DENIED without prejudice.

Dated this 1st day of December, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE