UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>  v.<br><br>ZALTON BROOKS,<br><br>    Defendant-Appellant. | Case No. 2:23-cr-00150-JCM-EJY<br><br>USCA Case Nos. 24-5925<br><br><br>**ORDER APPOINTING COUNSEL** |

    Pursuant to the October 17, 2024 Order directing the appointment of substitute CJA counsel for Appellant, IT IS HEREBY ORDERED THAT **Nancy Olson** is appointed to represent ZALTON BROOKS for his appeal. Contact information for Ms. Olson appears below:

> Nancy M. Olson
> Olson Stein, LLP
> 240 Nice Lane, Suite 301
> Newport Beach, CA 92663-2601
> Direct: 310-916-7433
> Email: nolson@olsonstein.com

    Former counsel, Osvaldo Fumo, is directed to forward the case file to Ms. Olson forthwith. The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

    DATED October 23, 2024.
    *Nunc Pro Tunc:* October 17, 2024

                                                                    JAMES C. MAHAN
                                                          UNITED STATES DISTRICT JUDGE